| STATE OF ILLINOIS | ) | *Briggs v. Rojas, et al.* |
|---|---|---|
| | ) | |
| COUNTY OF SANGAMON | ) | Case No. 10-3081 |

## AFFIDAVIT

I, SARAH JOHNSON, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.    I am currently employed as a Chairperson for the Office of Inmate Issues for the Illinois Department of Corrections ("the Department"), otherwise known as the Administrative Review Board ("ARB"). As an ARB Chairperson, my duties involve, among other things, reviewing and responding to grievances filed by Department inmates in the manner set forth herein.

2.    Inmates incarcerated within the Department may file grievances in accordance with Department Rule 504F: Grievance Procedures for Committed Persons. Generally, an inmate must first attempt to resolve grievances through his counselor. If the grieved issue remains unresolved after such informal efforts or, for example, involves a disciplinary proceeding, the inmate may submit a written grievance on a grievance form to the facility Grievance Officer designated by the Chief Administrative Officer ("CAO"). The Grievance Officer may personally interview the inmate and/or other witnesses as deemed appropriate and obtain relevant documents to determine the merits of the inmate's grievance. Upon completion of such investigation, the Grievance Officer's conclusions and, if appropriate, recommended relief is forwarded to the CAO. The decision of the CAO, or the CAO's designee, is then submitted to the grieving inmate.

**EXHIBIT**

A

3.    If, after receiving the CAO's decision the inmate feels the issue is unresolved, he may appeal in writing to the Director of the Department by submitting the Grievance Officer's report and CAO's decision. The ARB, as the Director's designee, reviews the appeal and first determines whether the inmate's grievance can be handled without the necessity of a hearing. If so, the inmate is so advised. Other matters are scheduled for an ARB hearing involving an interview of the grieving inmate, examining relevant documents and, at the ARB's discretion, calling witnesses. The ARB submits a written report of its findings and recommendations to the Director or Director's designee who then reviews the report and makes a final determination on the grievance. A copy of the ARB's report and the Director's final decision is sent to the inmate who filed the grievance. The originals of these documents are maintained in the ARB's files. Department Rule 504F: Grievance Procedures for Committed Person provides no further means for review beyond this step.

4.    An inmate may request a grievance be handled on an emergency basis by forwarding the grievance directly to the CAO rather than to a counselor or grievance officer. If the CAO determines that there is a substantial risk of imminent personal injury or other serious or irreparable harm to the inmate, the grievance may be handled on an emergency basis. An inmate may appeal the CAO's decision in such a situation to the ARB. The appeal is then handled in accordance with the procedure described in paragraph 3 above.

5.    The ARB maintains a file on each inmate who has submitted grievances to ARB, containing copies of those grievances and the responses

made.  As a Chairperson for the Office of Inmate Issues, I am familiar with and regularly access the ARB files of inmates.

6.     At the request of the Attorney General's Office, I have searched the ARB records regarding Inmate Josef Dupree a/k/a Isaac Briggs, Register Number B73562, for grievances involving a change of religion.  I hereby swear the documents attached hereto as Bates 1-31 are true and accurate copies of the only grievances filed by this inmate and responsive to the search I was asked to conduct. These documents are made at or near the time of the events depicted in the documents and are maintained in the ordinary course of business of the ARB.

7.     The two grievances sent to the ARB by Inmate Dupree were identical and both dated September 10, 2009. The first was received in our office on September 17, 2009, and the second was received on November 10, 2009.

8.     The grievance received on September 17, 2009, was returned to Dupree because he did not comply with the requirements of Departmental Rule 504. The grievance was not submitted along with the required Grievance Officer and Chief Administrative Officer's response and also did not include the required counselor's response.

9.     The grievance received on November 10, 2009, was returned to Dupree because it was not filed within the 60-day timeframe as required by Departmental Rule 504.

10.     Inmate Josef Dupree did not receive a final determination from the ARB because he did not follow the requirements of Departmental Rule 504.

**11.**    I have read the foregoing and affirm that the facts contained herein
are true and correct to the best of my knowledge and belief.


**FURTHER AFFIANT SAYETH NOT.**

s/ Sarah Johnson

_____
SARAH JOHNSON

SUBSCRIBED and SWORN TO
before me this ____2____ day
of December, 2010.

s/ Margaret E. Baugher
NOTARY PUBLIC

OFFICIAL SEAL
MARGARET E. BAUGHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-20-2013

ILLINOIS DEPARTMENT OF CORRECTIONS

## Correctional Center
## Return of Grievance or Correspondence

Offender: _Dupru_____ _Josef_____ _MI_ _B 735642_
            Last Name          First Name        MI      ID#

Facility: _Hill_____

☒ Grievance (Local Grievance # (if applicable): _____ ) or ☐ Correspondence

Received: _9/17/09_     Regarding: _DC's 8/23/09, 8/24/09, transf_
      Date                               _file information ..._

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☒ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                                Office of Inmate Issues
                                                1301 Concordia Court
                                                  Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:   Illinois Prisoner Review Board
                              319 E. Madison St., Suite A
                              Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____.
                                                Date

☐ No justification provided for additional consideration.

**Other** (specify): _Your issue regarding DC will not be addressed_
_as they have been previously addressed 9/1/09._

Completed by: _Sarah Johnson_       _s/ Sarah Johnson_       _9/24/09_
              Print Name                   Signature                 Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

00001

Josef Dupree, Inmate
Register No. B73562
P.O. Box 1700
Galesburg, Illinois 61401

**RECEIVED**
SEP 11 2009
OFFICE OF
INMATE ISSUES

Illinois Dept of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, Illinois 62794

Re: Grievance Issues

To Whom It May Concern,

Under the Totality of All My Issues Grieved, Part-A and Part-B finalized, that Both Administrative Review Board Chairwoman Jackie Miller & Transfer Coordinator Sandra Funk conspired together to not send me to the Stateville-MSU and/or Logan, as a Result of the ARB-Hearing-6/12/2009. That I am Being Retaliated against by Hill Correctional, Officials it is facility!!!! That all Known & Unknown Security Threat Groups Be Put onto my Enemy List!!!! That I be granted All the Relief as Requested and Negotiate Financial Compensation & Formal Hearing As soon As Possible, Thank You.

Sincerely Yours,

By: _____ 9/10/2009

s/ Josef Dupree

00002

# DIRECT REVIEW
## AND/OR
# INSTITUTIONAL — GRIEVANCE

# APPEAL · ISSUES

# PART — A

## BY
## JOSEF DUPREE
### # B73562

RECEIVED
OFFICE OF
INMATE ISSUES

00003

**OFFENDER'S GRIEVANCE**

| Date: September 10 2009 | Offender (Please Print): JOSEF DUPREE | ID#: B73562 |
|---|---|---|

Present Facility: HILL CORRECTIONAL CENTER  
Facility where grievance issue occurred: HILL CORRECTIONAL CENTER

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [x] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): _____

- [x] Disciplinary Report: _____ Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only for EMERGENCY grievances.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: PER 20Ill. Admin. Code §§ 504.850 AND 504.840 In the interests of both Judicial and penological concerns; the issues herein grieved are hereby submitted for adjudication by Michael Randall (Director for Ill. Dept. of Corrections) and Administrative Review Board Personnel to wit...

(lines illegible)

s/ Josef Dupree    B73562    9.10.2009
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

(d) TO BE TRANSFERRED TO SOUTHWESTERN C.C., AND/OR TAYLORVILLE-C...

(e) TO BE COMPENSATED FOR BEING ON THE Sex Offender Registrar...

(f) TO BE IMMEDIATELY RELEASED FROM SEGREGATION AND GRANTED GPS MONITORING DEVICE IN LIEU OF MY NEWLY MODIFIED PROTECTED RELEASE DATE OF NOVEMBER 28th OF 2009, so I CAN situate EMPLOYMENT AND PARENTAL CONCERNS & SPOUSAL CONCERNS & Other FAMILY SIBLING MATTERS...

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Counselor's Response (if applicable)**

Date Received: ___/___/___  
[ ] Send directly to Grievance Officer  
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name ___ Counselor's Signature ___ Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___  
Is this determined to be of an emergency nature?  
[ ] Yes, expedite emergency grievance  
[ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___ Date

RECEIVED
SEP 2009
OFFICE OF INMATE ISSUES



than complaints concerning disciplinary proceedings through his or her counselor [and if an offender is unable to resolve the complaint informally or if the complaint concerns a disciplinary proceeding,] the individual may file a written grievance on a grievance form that shall be made available in all living units. It shall be filed within 60 days after the discovery of the incident, occurrence, or problem that gives rise to the grievance. However, it an offender can demonstrate that a grievance was not timely filed for good cause, the grievance shall be considered..... The grievance shall contain factual details regarding each aspect of the offender's complaint including "(But Not Limited To") what happened, when, where, and the name of each person who is the subject of or who is otherwise involved in the complaint. This provision does not preclude an offender from filing a grievance when the names of individuals are not known, but the offender must include as much descriptive information about the [in]matter as possible." 750 Ill. 65/3-8-8

• F.A.C.T.S •

On or about August 22nd of 2009 this Grievant was placed under temporary confinement by Lieutenant R. Goodwin #3005 at approximately 10:00 p.m. (See Exhibit-A-) Grievant was being held under assertions that when he was in the Housing Unit-R2/C-Wing/Cell-60 for Night Time Evening [class]ation/dayroom session, he encountered Hostilities when his Girly Magazine was forcefully took from his possession ©!!!!! Here, Grievant's Wing Officer c/o Bryant #5608 retrieved two (2) documents from Grievant's cell and declared them as contraband. (See attached Exhibit-A-) The documents retrieved were designated onto the attention of c/o Bryant #5608 said internal affairs officers Lt. Steele & c/o Nauson the same(1) day c/o Bryant asked that c/o Bryant #5608 go and confiscate Grievant's Girly Magazine from R2/C-Wing/Cell #11!!!! The Girly Magazine bore Grievant's Name and Registration number.

1 Per 20 Ill. Admin. Code §§ 504.40 & 504.6(10 Ch. (1)(2)(3) Subparts A & D: An offender shall be placed under administrative confinement when threats pose challenges to his safety/protection from the general population pending investigation.....

| Date: September 10, 2009 | Offender: (Please Print) JOSEF DUPREE | ID#: B73562 |
|---|---|---|

Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center

**NATURE OF GRIEVANCE:**

☑ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☑ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: _____ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** The other asked that Lt. Steele & c/o Mason promptly remove inmates within R2/C-wing / Cells 69 and 70 that that they all be investigated and/or disciplined as a Security Threat Group for conspiring to injure by threats Grievant, and to take Grievant's Girly Magazine. c/o Bryant #5608 properly provided Grievant with a Shake down (slip) dated August 23rd of 2009 @ 9:40 p.m, which not that each of the two(2) documents designated unto him and Internal Affairs were Logged!!!! (See Attached Exhibit A. ) Rather than confiscate Grievant's Girly Magazine

**Relief Requested:** After Grievant first spoke to Lt. Goodwin #3005 about said controversy/incident, officers cuffed-up Grievant and escorted Grievant to the OR/Seg-Unit without (his) property

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

(s) s/ Josef Dupree   B73562   9, 10, 2009
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: _____
☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name | Counselor's Signature | Date of Response

**EMERGENCY REVIEW**

Date Received: _____
Is this determined to be of an emergency nature?
☐ Yes, expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**RECEIVED** SEP 1 7 2009 OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature | Date

Distribution: Master File; Offender | Page 1 | DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

On August 24th of 2009, c/o-Wade #7629("or #7029") wrote this grievant an erroneous & malicious Disciplinary Report at 12:30 a.m. alleging that he discovered Drug & Drug Paraphernalia (D.R. #203-offense) within grievant's property. See Attached Exhibit-A. c/o-Wade #7629("or #7029") provided grievant with the document he claimed to have discovered the Drugs in and a shakedown slip dated August 24th of 2009 @ 12:30 a.m. (see Attached Exhibit-A.) Said document purporting to have had the Drugs within it is an Institutional General-Population Commissary Order bearing the Name of I/M-James Credit #k02654) amongst other things!!!!! (see Attached Exhibit-A.) By 8 a.m. of August 24th of 2009, grievant was approached by Internal Affairs Officer c/o-Brannon ("Black Woman") whereas she Hand-cuffed grievant at OR/Seg-Cell #68 and escorted him to her private office quarter(s). With Absolutely No One Else present, in and/or around c/o-Brannon's quarters which are apart and wholly separate from Lt. Steele and c/o-Mason office quarter(s). c/o-Brannon entered

into her Computer System and had grievant to positively identify all the culprits involved, with forcefully taking his Giant Mag. c/o-Brannon then inquired into any other individuals who might have witnessed said incident!!!!! Grievant provided her with an I/M-Michael out of R2/C65 and an Inmate-Mikes out of R2/C80 Cell and the cellmate of the Main culprit out of R2/C69 Cell. That cellmate is a white guy wearing glasses who is claiming to be from Troy County in southern Illinois!!!!! The (Main) culprit is a Black guy (gangbanger Member!!!!! ☺ In addition, this grievant (requested) onto c/o-Brannon that she promptly place all known & unknown security threat groups onto his Enemy List inclusive of R2/Cells Numbered 65·68·69·70 thru 77!!!!! c/o-Brannon then read each of the documents which were addressed too c/o-Bryant #5608 and Lt. Steele & c/o-Mason and stated that she would have grievant transferred into Taylorville Correctional Center!!!!! Afterwards, c/o-Brannon fondled grievant's groin area and his testicles which was followed by fellatio ☺ Then she returned grievant to OR/Seg-Cell #68 after she ejaculated down her throat and into her warm, wet, mouth!!!! The following day Internal Affairs Officer c/o-Hahn #9982

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

(Page 3 of 6)

| Date: September 10, 2009 | Offender (Please Print): JOSEF DUPREE | ID#: B73562 |
|---|---|---|

Present Facility: Hill Correctional Cntr.   Facility where grievance issue occurred: Hill Correctional Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ___/___/___   Date of Report   Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Wrote this grievant an erroneous & malicious Disciplinary Report at 8:30 a.m. which alleged grievant infracted D.R. offenses #403 and #406. Specifically, that grievant "refused his cell assignment of R2C6X claiming that he was being threatened. Allegations of these threats could not be substantiated.... i.e. (...) Dupree claimed that threats were being made to him in reference to a pornographic magazine he loaned to another inmate. (Loaning other inmates any property is unauthorized trading and trafficking." (See Attached Exhibit - A.) However, each of

**Relief Requested:** Both Disciplinary Reports written by C/O-Wade 8/24/2009 & C/O-Hahn on 8/25/2009. Do Not Specify te rary confinement nor rationale for investigative continued confi

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

| s/ Josef Dupree | B73562 | 9, 10, 2009 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes: expedite emergency grievance
- [ ] No: an emergency is not substantiated Offender should submit this grievance in the normal manner.

_____   _____
Chief Administrative Officer's Signature   Date

**RECEIVED**
SEP 1 7 2009
OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Grievant HAD BEEN DIRECTLY REQUESTING to be RELEASE from the STATUS OF INVESTIGATIVE TEMPORARY CONFINEMENT AS OF 8/25/2009!!!!! Direct requests were made to OR-Unit Sergeant FROST (Day Shift/ 7v-3p.m.) and C/O-GRIFFIN (OR-Unit/3p.m.) 11p.m. Wing-Officer) and INTERNAL AFFAIRS to NO AVAIL ☹!!!! Nonetheless, Grievant would BE MADE TO APPEAR at an ADJUSTMENT COMMITTEE HEARING sometime thereafter by C/O-SANDERS ("BLACK MALE/Semi-50's to early 60's in Age Appearance wearing EyeGlasses Alleging THREE(3) years ONTO His RETIREMENT". AN unknown white HEAVY-SET w/ Pop-Belly Balding Semi-50's to mid 60's in Age Appearance wearing EyeGlasses male LIEUTENANT AND C/O-SANDERS Presided OVER AND/OR Grievant's Adjustment Committee HEARING AND FOUND Grievant GUILTY of D.R. 504 OFFENSES #203 & #403 & #401!!!! ☹ Grievant PROVIDED that he WANTED to See the SOLID EVIDENCE which either Beyond ANY REASONABLE DOUBT AND/OR Preponderated AGAINST him found OR Supported his GUILT of INFRACTING #203 & #403 & #401!!!! In addition, Grievant did NOT enter a PLEA at the Adjustment Committee - HEARING!!!!! In ANY event, the Committee

RECOMMENDED - Seven(7) Months of Continued Segregated CONFINEMENT AND Six(6) Months REVOCATION of GOOD Conduct CREDIT which was CONCURRED BY WARDEN Acevedo!!!! ☹ Then, On September 4th of 2009 C/O-S. Miller #9837 wrote this GRIEVANT A FRIVOLOUS & MALICIOUS disciplinary REPORT alleging that Grievant REFUSED to cell with Inmate Burnister/ Hale #N41585 who is a KNOWN Gangmember of the "B.D's." C/O-Miller's #9837 disciplinary REPORT specifically demonstrated that: "Dupree #B73562 was advised to packup and move....Dupree REFUSED claiming that ALL STG are enemies." GRIEVANT was again MADE TO Appear at a SECONDARY convening Adjustment Committee HEARING by the SAME C/O-SANDERS!!!! ☹ GRIEVANT did NOT enter A PLEA!!!!! Yet, inlight of NO PLEA NOR A STATEMENT, C/O-SANDERS AND that SAME LIEUTENANT mentioned As described ABOVE FOUND GRIEVANT GUILTY of D.R. 504 OFFENSE # 403 AND RECOMMENDED AN ADDITIONAL TWO(2) MONTHS OF CONTINUED SEGREGATED CONFINEMENT As CONCURRED BY WARDEN Acevedo!!!!

ARGUMENT GRANTING ISSUE # 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

(PAGE 4 OF 6)

| | | |
|---|---|---|
| Date: December 10, 2009 | Offender: (Please Print) Josef Dupree | ID#: B73562 |
| Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report _____ Date of Report _____
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

_____ Facility where issued

**Note:**  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer

**Brief Summary of Grievance:** Per D.R. 504 Table A defines offense #403 (Disobeying a Direct Order) as: "Willfully refusing to comply with an order, including the refusal to... accept a housing assignment..." Nothing in Lt. Goodwin #3005 Investigative Report dated 8/23/2009 demonstrate nor indicate that he directly gave this grievant an order to go and lock-up into B2/C62 cell. D.R. 504 offense #406 (Trading or Trafficking) is define as: "Trading or Trafficking with any person." Again nothing in Lt. Goodwin's #3005 Investigative Report dated 8/2 demonstrate nor indicate that grievant was in the act of trading or trafficking his Girly Ma None of the documents designated unto C/O Bryant #56

**Relief Requested:**

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Josef Dupree

_____ Offender's Signature   B73562 _____ ID#   9, 10, 2009 _____ Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____ Print Counselor's Name   _____ Counselor's Signature   _____ Date of Response

**EMERGENCY REVIEW**

Date Received: _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature   _____ Date

RECEIVED
SEP 17 2009
OFFICE OF
INMATE ISSUES

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

DR LT. STEELE & C/O-MASON PURPORT THAT GRIEVANT IMPLICATED HE WAS IN THE ACT OF TRADING AND/OR TRAFFICKING HIS GIRLY MAG!!!!! THE SAME CAN BE SAID OF THE ENCOUNTER AND INTIMATE-INTERVIEW WITH C/O-BRANNON!!!!! D.R. 504 OFFENSE #203 (DRUGS & DRUG PARAPHERNALIA) IS DEFINED AS: "POSSESSING....... OR RECEIVING... ANY INTOXICANT.... [W]hich INCLUDES MEDICATION MISUSE, FOR EXAMPLE, THE POSSESSION OR USE OF UN- AUTHORIZED AMOUNTS OF PRESCRIBED MEDICATION, OR SELLING OR SUPPLYING PRESCRIBED MEDICATION TO OTHERS." HERE, GRIEVANT did NOT PERSONALLY NOR DIRECTLY PACK HIS PROPERTY ITEMS ON 8/23/2009 ONCE HE WAS DONE TALKING W/ LT. GOODWIN #3005 OTHER 3 P.M. TO 11 P.M. R-2 UNIT CORRECTIONAL OF AND/OR C-WING INMATE HELPERS ("PORTERS") ARE THE INDIVIDUALS WHOM PACKED THIS GRIEVANT'S PROPERTY!!!!! THEREFORE, I/M-JAMES CREDIT #K02654 WOULD HAVE AND SHOULD HAVE TESTIFIED TO SAID DRUG PARAPHERNALIA CONTRABAND AS BEING OWNED BY HIM!!!! IN THAT, AFTER CONSUMING HIS DAILY PRESCRIBED DOSAGE OF POUCHE MEDICATIONS, THE NIGHT NURSE MAY HAVE INADVERTENTLY GIVEN HIM 4-TABLETS OF THORAZINE & (2) TABLETS OF PAXIL TO TREAT HIS AGONIZING BONE-JOINT TISSUE DENEGERATIONAL CONDITION!!!!! THAT HE DID NOT NOTICE THE TYPE OF MEDICATION NOR UNDERSTOOD WHAT THEY WERE BECAUSE HIS OWN MEDS

HAD KICKED-IN ON HIM!!!!! OTHERWISE, HE WOULD'VE PROMPTLY INFORMED SAID NURSE!!!! ABSENT I/M-CREDIT #K02654 STATEMENTS WHICH MIGHT NOT BE IN THE RECORD OF PROCEEDINGS THERE ARE TWO(2) APPARENT SHAKEDOWN SLIPS WHICH RELATE TO THE SAME MATTER AND/OR CONTROVERSARIAL INCIDENT ☺! C/O-BAYANT'S #5608 SHAKEDOWN SLIP IS EVIDENCED BY LIEUTENANT GOODWIN #3005 AND SGT. BENNETT AS NO OTHER / CONTRABAND FOUND DURING THE SHAKEDOWN OF ONLY GRIEVANT'S PERSONAL PROPERTY ITEMS INCLUSIVE OF GRIEVANT'S ELECTRONICS!!!!! C/O-WADE #7689 ("OR #7089") SHAKEDOWN SLIP IS EVIDENCED BY C/O-BATES THAT SAID DRUG PARAPHERNALIA WERE ALLEGEDLY DISCOVERED INSIDE SOME PLASTIC WRAPPED-UP WITHIN I/M CREDIT'S #K02654 COMMISSARY ORDER-FORM!!!!! ☺! MEANING THAT SOMEONE OTHER THAN THIS GRIEVANT, CAUSED SAID DRUGS & PARAPHERNALIA TO BE PROBABLY INADVERTENTLY PUT INTO GRIEVANT'S PROPERTY!!!! IN VIOLATION OF 20 ILL. ADMIN. CODE § 504. 80(h)(h)(h)(i)(j)(k)(L), CHPT. 1, SUBCHPT. C, THIS GRIEVANT ESTABLISHED REASONABLE DOUBT / PREPONDERATING EVIDENCE NON-CUMULATIVE & RELEVANT IN NATURE THAT HE DID NOT INFRACT D.R. 504 OFFENSES #203, #403, AND #406 RESPECTIVELY!!! ISSUE #1  SHOULD  BE  GRANTED . AND . NOT  TIME  BARRED ☺!

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (PAGE 5 OF 6)

| Date: September 10, 2009 | Offender: (Please Print) Josef Dupree | ID#: B73562 |
|---|---|---|

Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ____/____/____
      Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Disability
- [ ] Other (specify): _____
- Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ISSUE #2: • FACT: Because Grievant will Most likely Not Be at the Hill Correctional Center for its Chief Administra- Officer Final Determination / Adjudication, he incorporates 20 Ill. Admin. Code §§ 504.850 and 504.870 to sufficiently deter- mine if Chaplain - Manuel Rotas (Chaplain II) did Not infringe Grievant's 1st Constitutional Amendment (Right Of Choice) To Practice the Faith of Islam with the Nation Of Islam ©!!!!! Here, Grievant filled-out and submitted a document entitled Memorandum the subject of a Religious Request. (See Attached Exhibit - A ) That

Relief Requested: document demonstrates Grievant's Request to Chaplain Rotas for Grievant to be placed with the Nation of Is- signed July 31st of 2009!!!!! (id.) However, on August 1st of 200

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Josef Dupree | B73562 | 9, 10, 2009
Offender's Signature | ID# | Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

Print Counselor's Name | Counselor's Signature | Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED

SEP 17 2009

OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature | Date

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (Rev. 3/2005)

00012

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

ARGUMENT GRANTING ISSUE #2

CHAPLAIN ROTAS SENT GRIEVANT A DIFFERENT MEMORANDUM BLATANTLY () REFUSING TO PLACE GRIEVANT WITH THE NATION OF ISLAM DUE TO THE IMPENDING PILLAR OF ISLAM ("THE FAITH") KNOWN AS "RAMADAN!!!!! (SEE ATTACHED EXHIBIT-A.__) THIS RATIONALE SERVES NO PENOLOGICAL INTEREST AT ALL!!!!! FURTHERMORE, IT CONTRAVENES THE LOGIC EMPLOYED IN SHAKUR-V-SELSKY, 391 F. 3d 106, 120 (2ND Cir. 2004) (REFUSAL TO ALLOW PRISONER TO ATTEND MUSLIM RELIGIOUS FEAST STATES A CLAIM UNDER RLUIPA), ALSO SEE 42 U.S.C. § 2000 et seq. (RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT OF 2000, COMPARING SUTTON-V-RASHEED, 323 F. 3d 236 (3RD Cir. 2003) (DENIAL OF (X)LATION OF ISLAM TEXTS); TURNER-V-SAFLEY, 482 U.S. 78, 89 (1987): QUOTING KEED-V-FAULKNER, 842 F. 2d 960, 963-64 (7TH Cir. 1988) (PRISON OFFICIALS MAY NOT "PILE CONJECTURE UPON CONJECTURE" TO JUSTIFY THEIR POLICIES). ALL OF THE FOREGOING REASONS DO NOT COMPLY W/ HILL CORRECTIONAL CENTER'S APPLICABLE DIRECTIVES AND 20 Ill. Admin. Code § 120.40(d), Chptr. 1, Subchptr (d). ISSUE #2 SHOULD BE GRANTED & NOT TIME BARRED!!

ISSUE #3

—— FACTS ——

PER 730 ILCS 5/3-2-2 (WEST 2009) et seq. THIS GRIEVANT HAS STATUTORY ENTITLEMENT TO ANY MEASURABLE INSOFAR PRACTICAB FORM OF REHABILITATIVE DEVICES OFFERED BY THE Illinois DEPARTMENT OF CORRECTIONS!!!! @ HERE, SIGNIFICANTLY SOMETIME BEFORE 8/23/2009, THIS GRIEVANT HAD BEEN SEEKING A TRANSFER THROUGH BOTH COUNSELORS EVELYN JOHNSTON & STEVE R. GANG t NO AVAIL!!!!! HILL-C.C., CLINICAL () SERVICES OFFER SPECIAL SELECTION TRANSFERS FOR QUALIFIED INMATES TO LEVEL-6 FACILITIES!!!!! (AT THE TIME OF REQUEST, GRIEVANT WAS IN B-GRADE STATUS AND HIS LATEST DISCIPLINARY REPORT WAS FOR A MINOR RULE INFRACTION FOR TALKING BACK ON September 19TH OF 2008!!!! (SEE MASTER-RECORD FILE, TICKET OF PROGRAM UNIT SUMMARY #200803237/PON). GRIEVANT HAD NOT BEEN IN SEGREGATION SINCE 2/13/2009!!!!! IN ANY EVENT, COUNSELOR JOHNSTON SENT GRIEVANT A () SUMMARY ON 7/24/2009 INFORMING THAT HE ("MUST BE IN A OR B GRADE" TO TRANSFER BY 12/19/2009. HOWEVER, COUNSELOR GANG SENT GRIEVANT SUMMARIES ON 8/24 & 26/2009 WHICH DEMONSTRATE THAT (GRIEVANT'S B-GRADE STATUS RENDER GRIEVANT "INELIGIBLE" FOR (TRANSFER "AT THIS TIME", AND GRIEVANT'S () CONVICTION (FOR ARMED KIDNAPPING MAKES HIM "A POOR) CANDIDATE FOR LEVEL SIX TRANSFER." 20 Ill. Admin. Code § 504.430 (d)(2), Chptr. 1, Subchptr (e) ESTABLISH THAT: "OFFENDERS IN "B" GRADE SHALL BE ELIGIBLE TO

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

(Page 6 of 6)

| | | |
|---|---|---|
| Date: September 10, 2009 | Offender: (Please Print) JOSEF DUPREE | ID#: B73562 |
| Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___    _____
Date of Report                Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ISSUE #3 CONT: RECEIVE all INSTITUTIONAL PRIVILEGES EXCEPT FOR a DAY release PROGRAM OR a FURLOUGH OTHER THAN a MEDICAL OR FUNERAL FURLOUGH." TAYLORVILLE AND DIXON AND SOUTHWESTERN CORRECTIONAL FACILITIES DON'T OFFER DAY RELEASE PROGRAMS FOR GRIEVANT SOUGHT TRANSFERS TOO!!!! :( FURTHERMORE GRIEVANT NEVER ASKED COUNSELORS JOHNSTON & GANS FOR ANY TYPE OF A FURLOUGH!!!! THEREFORE, SUCH SADISTIC CONDUCT DISPLAYED BY COUNSELORS JOHNSTON & GANS CONTRIBUTED TO THE MALICE & UNJUST CONDITIONS CONVEYED WITHIN ISSUE #1 & HAS CONTRAVENED 20 Ill. Admin. Code § 504.130(d)(2), Chptr. I, Sub(e)!!!!

Relief Requested: UNDER SECTION 504 OF THE REHABILITATION ACT OF 19 GRIEVANT HAS a STATUTORY RIGHT TO PREPARE FOR REENTRY BACK INTO SOCIETY BY THE DEVICES OFFERED AT TAYLORVILLE·DIXON & SOUTH

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Josef Dupree
_____    B73562    9, 10, 2009
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____    _____    _____
Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    _____
Chief Administrative Officer's Signature        Date

RECEIVED
SEP 17 2009
OFFICE OF INMATE ISSUES



CORRECTIONAL FACILITIES, WHICH ARE CLASSIFIED AS LEVEL 3 THRU LEVEL 6 INSTITUTIONS. (8 U.S.C. § 794(d); also see 730 ILCS 5/3-2-2 et. seq. (West 2009)); Compare Onishea-v-Hopper, 171 F.3d 1289 (11th Cir. 1999)(enbanc)(§504). Issue #3 should be GRANTED AND NOT TIME BARRED PURSUANT to 20 Ill. Admin. Code §§ 504.850 AND 504.870, Chptr. I, Subchptr. (e). In addition to Issue #3 herein, GRIEVANT'S EFFORTS to properly RESTORE his GRADE STATUS FROM "C" to "A" AND the RESTORATION of his GOOD CONDUCT CREDITS WERE to NO AVAIL !!!! (See Attached Exhibits — A-__ thru A-__) GRIEVANT could not (Have) displayed POOR BEHAVIOR NOR UNDERMINED his PRIOR RULE INFRACTIONS BECAUSE GRIEVANT'S LAST MAJOR DISCIPLINARY REPORT WAS IN EARLY AUGUST OF 2008 !!!! Per 20 Ill. Admin. Code § 504.150, Chptr. I, Subchptr. (e) AND 20 Ill. Admin. Code § 107.60, ALL OF GRIEVANT'S G.C.C. be 14 Months (11-Revoked + 3 mo. of MGT) should be RESTORED AND GRANTED RESPECTFULLY. (No Time Barred) PLEASE).

## • Issue #4 •
## — FACTS —

PER attached Exhibits # A-__ THRU A-__. GRIEVANT is complaining that he was ERRONEOUSLY & Maliciously declared by the Illinois Dept. of Corrections as a Sex OFFENDER REGISTRAR. THIS VITAL Matter has BEEN Fully EXHAUSTED THROUGH-OUT the Administration of the Hill Correctional CENTER Staff AND SHOULD BE GRANTED AS TIMELY !!!!

## • Issue #5 •
## — FACTS —

Issue #5 Combines GRIEVANT'S PSYCHOLOGIST ("Dr. Tiller") AND PSYCHIATRIST ("Dr. Bitar") AND TRANSFER DENIAL(S) BY the TRANSFER Coordinator. To Wit: Under the 4/16/2009 erroneous RATIONALE BY SANDRA FUNK to deny GRIEVANT'S TRANSFER To Stateville-MSU, GRIEVANT'S PSYCHOLOGIST & PSYCHIATRIST have conspired to REFUSE him an examination for TRANSFER To Dixon, Logan, Taylorville & Stateville-Md Facilities respectively !!!! These factors are for GOOD CAUSE AND should be GRANTED BECAUSE GRIEVANT WON'T BE AT Hill Correctional CENTER per 20 Ill. Admin. Code §§ 504.850 AND 504.870, Chptr. I, Subchptr. (e). (See Gates-V-Cook, 376 F.3d 323, 332 (5th Cir. 2004)("mental health needs are NO less serious than physical needs"); Wellman-v-Faulkner, 715 F.2d 269, 272 (4th Cir. 1983)("[t]reatment of the mental disorders of mentally disturbed inmates is a serious medical need") Said doctors ASKED GRIEVANT to smear Feces & Urine ALL over himself AND MUTILATE himself IF he wishes an examination FOR A TRANSFER. The END.

03015



Part - A

Supporting · Exhibits

By

Josef Dupree
#B73562

RECEIVED
SEP 1 7 2009
OFFICE OF
INMATE ISSUES

(A-1.) THRU (A-13.)



**Illinois
Department of
Corrections**

Pat Quinn
Governor

Michael P. Randle
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## Memorandum

TO:       MANUEL ROJAS, CHAPLAIN II

FROM:     OFFENDER *Josef Dupree*

DATE:     JUNE 10, 2009

SUBJECT:  RELIGIOUS REQUEST

HILL CORRECTIONAL CENTER CONTINUES TO ATTEMPT TO PROVIDE MEANINGFUL SERVICES AND RELIGIOUS PROGRAMING TO OFFENDERS OF MANY RELIGIONS AND FAITHS. IN ORDER FOR US TO CONTINUE TO PLAN AND PROVIDE THESE PROGRAMS IT IS NECESARRY FOR US TO MAINTAIN RECORDS OF EACH INDIVIDUAL'S AFFILIATION. ALL RELIGIOUS AFFILIATION CHANGES MUST BE IN WRITING AND AN **INTERVIEW WILL** BE REQUIRED WITH THE CHAPLAIN.

Religious Preference Change Request

Name: *Josef Dupree* ID. # *B73562*

Religion listed on the back of your ID ___*CHRISTIAN*___.

I request for my religious service preference to be ___*Nation of Islam*___ and that my identification card to show this change.

Signature and ID. # *My signature constitutes a willingness 7 explore the nature of other dogmas. Deities*

*Faiths Respectfully, Meaning I may not Ret.*

*Return to the chaplaincy for processing.* *W/ Nation of Islam* /s/ *Josef Dupree*

*7/31/0*

Cc.
File

RECEIVED
SEP 1 7 2009
OFFICE OF
INMATE ISSUES

:00017



**Pat Quinn**
Governor

**Michael P. Randle**
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL  61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## MEMORANDUM

DATE:        August 1, 2009

TO:          Offender  *B 73562 IDupree*

FROM:        Chaplain Rojas

SUBJECT:     Religion Change to Nation of Islam

The Observance of Ramadan August 22, 2009 has been established and by Rule 425

no one can change to a religious groupd that has a religious feast withion 45 days.

Therefore your religion change will be considered until the end of Ramadan.

( A-7. )

C.
DutyWarden
A/W Operations
Shift Commanders
Chaplain
Voc C/O
File.



RECEIVED
SEP 1 7 2009
OFFICE OF
INMATE ISSUES

00018

ILLINOIS DEPARTMENT OF CORRECTIONS

**Correctional Center**
**Return of Grievance or Correspondence**

Offender: _Dupree_ _Josey_ _____ _B7356_
          Last Name      First Name         MI      IDa

Facility: _Men_

☐ Grievance (Local Grievance # (if applicable): _____ ) or ☐ Correspondence

Received: _11/10/09_          Regarding: _DR's 8/23; 8/24; 9/4/09_
          Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attach grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grieva process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___ .
                                                   Date

☐ No justification provided for additional consideration.

---

Other (specify): _You transferred from Hill CC on 10/14/09. You should have sent grievan directly to ARB at that time. You are now past 60 day timeframe._

Completed by: _Sarah Johnson_     _s/ Sarah Johnson_     _12/2/09_
              Print Name          Signature               Date

Distribution: Offender; Inmate Issues

DOC 0070 (10/2
(Replaces DC 710-1

00019

**OFFENDER'S GRIEVANCE**

| Date: September 10, 2009 | Offender: (Please Print) JOSEF DUPREE | ID#: B73562 |
|---|---|---|

| Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

men

- [ ] Personal Property
- [X] Staff Conduct
- [X] Transfer Denial by Facility
- [X] Disciplinary Report: 8, 24, 2009

- [ ] Mail Handling
- [ ] Dietary
- [X] Transfer Denial by Transfer Coordinator

- [X] Restoration of Good Time
- [X] Medical Treatment

- [X] Disability
- [X] HIPAA
- [X] Other (specify)

8th Amen
Failure to Protect!

Date of Report

Hill Correctional Center
Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Per 20 Ill. Admin. Code §§ 504.850, and 504.870 A In the interests of both Judicial Econom and penological concerns, the issues herein grieved are jurisdictionally bound for adjudication by Michael P. Randall ("Director for Ill. Dept. of Corrections") and his Administrative Review Board personnel. To Wit:

(ISSUE #1)

Per 20 Ill. Admin. Code § 504, Chptr. 1, Subchptr. (e) at Subpart §504.810 (a)(b) provide in relevant part that "an offender shall first attempt to resolve incidents, problems, or complaints other

**Relief Requested:** (A) To Be Discharged From All Disciplinary Sanctions & Expu (B) To Be Refunded 03/04/2009 State-Stipends not Involuntary Resti (c) Be Compensated For Religious Worship Right & Granted All 14 Months

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to sel

/for/ s/ Josef Dupree
Offender's Signature    B73562    9, 10, 200
ID#    Date

(d) To Be Transferred To Southwestern-C.C. and/or Taylorville
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

(e) To Be Compensate For Being On The Sex Offender Registr

Date Received: ___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: (f) To Be Immediately Released From Segregation and Granted G.P.S. Monitoring Device in Lieu of My Newly Modified Protected Release Date of November 28th of 2009, so I can Situate Employment and Parental, Concerns & Spousal Concerns, other Family Matters.

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
NOV 10 2009
OFFICE OF
INMATE ISSUES

RECEIVED
SEP 17 2009
OFFICE
INMATE ISSUES

Chief Administrative Officer's Signature    Date

than complaints concerning disciplinary proceedings through his or her counselor [and] If an offender is unable to resolve the complaint informally or if the complaint concerns a disciplinary proceeding, the individual may file a written grievance on a grievance form that shall be made available in all living units. [I]t shall be filed within 60 days after the discovery of the incident, occurrence, or problem that gives rise to the grievance. However, if an offender can demonstrate that a grievance was not timely filed for good cause, the grievance shall be considered...... The grievance shall contain factual details regarding each aspect of the offender's complaint including ("But Not Limited To") what happened, when, where, and the name of each person who is the subject of or who is otherwise involved in the complaint. This provision does not preclude an offender from filing a grievance when the names of individuals are not known, but the offender must include as much descriptive information about the [in]matter as possible." 750 IL[CS] 5/3-8-8.

## FACTS

On or about August 23RD of 2009, this Grievant was placed under Temporary Confinement by Lieutenant J. Goodwin #3005 at approximately 10:00 p.m. (See Attached Exhibit #(A-3)). Grievant was being investigated for his assertions that when he was out of his Housing Unit-R2/C-Wing/Cell 62 For Night-Time Evening Recreation (Dayroom) Session, he encountered Hostility when his Girly Magazine was Forcefully took from his possession #!!!! Here, Grievant's Wing-Officer c/o-Bryant #5608 Retrieved two(2) documents from Grievant's cell and declared them as Contraband. (See Attached Exhibit #(A-2)). The documents retrieved were designated into the attention [of] c/o-Bryant #5608 and Internal Affairs Officers Lt. Steele & c/o-Mason. The one(1) onto c/o-Bryant asked that c/o-Bryant #5608 go and confiscate Grievant's Girly Magazine from R2/C-Wing/Cell 74!!!! The Girly Magazine bore Grievant's Name and Registration number.

1 Per 20 Ill. Admin. Code §§ 504.40 & 504.6.10, Chpt. 1, Subch[pt]. [T]. (e)(f) Subparts A & D: An offender shall be placed under Temporary Confinement when Threats pose challenges to his safety & security or he needs protection from the General Population pending an investigation.

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

Date: September 10, 2009   Offender: (Please Print) JOSEF DUPREE   ID#: B73562

Present Facility: Hill Correctional Center   Facility where grievance issue occurred: Hill Correctional Center

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability   8th Amend.,

☒ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☒ HIPAA   FAILURE

☒ Transfer Denial by Facility  ☒ Transfer Denial by Transfer Coordinator  ☒ Other (specify) TO PROTECT!

☒ Disciplinary Report 8, 25, 2009   Hill Correctional Center
   Date of Report         Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: THE OTHER ASKED that Lt. Steele & C/O-Mason
promptly REMOVE inmates within R2/C-wing/Cells 69 and 70;
74. That they all be investigated and/or disciplined as an
security THREAT GROUP FOR Conspiring to Injure BY
Threats to Grievant, and to take Grievant's Girly Magazine
C/O-Bryant #5608, properly provided Grievant with a SH
down (Slip dated August 22nd of 2009 @ 9:40 p.m., which ?
that each of the two(2)-documents designated unto hi
and Internal Affairs were LOGGED!!!!! (See Attached Exh
(A-8d). Rather than CONFISCATE grievant's Girly Magazine

Relief Requested: AFTER grievant FIRST spoke to Lt. Goodwin #300!
About said Controversy/Incident, officers cuffed-up grievant
escorted grievant to the OR/Seg-Unit without (his paddi

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

/s/ Josef Dupree   B73562   9, 10, 2009
   Offender's Signature       ID#       Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name      Counselor's Signature      Date of Response

| EMERGENCY REVIEW | |
|---|---|

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED  RECEIVED
SEP 17 2009  NOV 18 2009     Chief Administrative Officer's Signature      Date

OFFICE OF  OFFICE OF
INMATE ISSUES  INMATE ISSUES

Distribution: Master File; Offender       Page 1       DOC 0046 (Rev. 3/2
Printed on Recycled Paper

000022

On AUGUST 24th of 2009, C/O-Wade #7629 ("OR #7029") wrote his grievant an erroneous & malicious Disciplinary Report @ 12:30 A.M. Alleging that he discovered DRUG & DRUG PARAPHERNALIA (D.R. #203-Offense) within grievant's PROPERTY. (See Attached Exhibit #(A-4). C/O-Wade #7629 ("OR #7029") provided grievant with the document he claimed to have discovered the DRUGS in and a Shakedown Slip dated AUGUST 24th of 2009 @ 12:30 A.M. (See Attached Exhibit #(A-4b)). Said document purporting to have had the DRUGS within it is an Institutional General-Population Commissary Order bearing the NAME of I/M-JAMES CREDIT #K08654 Amongst other things!!!!! (See Attached Exhibit #A-1). By 8 A.M. of AUGUST 24th of 2009, grievant was approached by Internal Affairs Officer C/O-Brannon (" BLACK WOMAN"). Whereas she Hand-cuffed grievant at OR/Seg-Cell #68 and escorted him to her PRIVATE office quarter(s). With ABSOLUTELY NO one ELSE PRESENT, in and/or around C/O-Brannon's quarter(s) which are Apart and wholly separate from Lt. Steele AND C/O-Mason office quarter(s), C/O-Brannon entered

into her COMPUTER System and had grievant to positively identify all the culprits involved with forcefully taking his Girly MAG. C/O-Brannon then inquired into Any other individual(s) who might HAVE witnessed said incident!!!! (C63) Grievant provided her with an I/M-Michael out of R2/C68 Cell as an Inmate-Mikes out of R2/C80 Cell and the cellmate as the MAIN Culprit out of R2/C69 Cell. That cellmate a WHITE guy WEARING GLASSES who is claiming to be from TROY County in Southern Illinois!!!!! The "Man" culprit is a Black Guy (GANGBANGER Member!!!!! :) In Addition, this grievant requested onto C/O-Brannon that she promptly place AK-KNOWN & UNKNOWN Security THREAT GROUP(S) into his ENEMY LIST inclusive of R2/Cells Numbered 68-69-70 thru 77!!!!! C/O-Brannon then READ each of the DOCUMENT which were Addressed to C/O-BRYANT #5608 and Lt. Steele & C/O-Mason AND stated that she would have grievant TRANSFERRED into TAYLORVILLE CORRECTIONAL Center!!!!! Afterwards, C/O-Brannon FONDLED grievant's GROIN AREA AND Testicle(s) which was FOLLOWED BY FELLATIO :) When she returned grievant to OR/Seg-Cell #68 After she ejaculated down her THROAT AND into her warm, WET, Mouth!!!!! The following DAY INTERNAL AFFAIRS Officer C/O-Hahn # 9982

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

PAGE 3 OF 6

| | |
|---|---|
| Date: September 10, 2009 | Offender: (Please Print) JOSEF DUPREE | ID#: B73562 |

Present Facility: Hill Correctional Cntr. | Facility where grievance issue occurred: Hill Correctional Cen

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Restoration of Good Time
- [x] Disability
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [x] HIPAA
- [x] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): 8th Ameri Failure to Protec
- [x] Disciplinary Report: 9 4 2009 Hill Correctional Center
  Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: WROTE this grievant an erroneous & malicious Disciplinary Report at 8:30 a.m. which alleged grievan infracted D.R. OFFENSES #403 and #406. Specifically that grievant "REFUSED his cell ASSIGNMENT of R2C6A t Chair that he was being threatened. Allegations of these threa could not be substantiated.....ie./ Dupree claimed that threats were being made to him in REFERENCE to a pornographic magazine he loaned to another inmate. (Loa other inmates any property is unauthorized trading AND trafficking)." (See Attached Exhibit. (A-5). However, each of

Relief Requested: Both Disciplinary Reports written by C/o-Wade 8/24/2009 t C/o-Hahn on 8/25/2009 DO NOT specify rary confinement nor rationale for investigative contunued c

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to s

s/ Josef Dupree
Offender's Signature

B73562    9, 10, 201
ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED    RECEIVED
SEP 17 2009    NOV 1 0 2009
OFFICE OF    OFFICE OF
INMATE ISSUES    INMATE ISSUES

Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1

GRIEVANT HAD BEEN DIRECTLY REQUESTING to be RELEASED FROM the STATUS OF INVESTIGATIVE TEMPORARILY CONFINE- MENT AS OF 8/25/2009!!!!! DIRECT REQUESTS were MADE to OR-UNIT SERGEANT FROST (DAY SHIFT/ 7V-3P.M.) AND C/O-GRIFFITH OR-UNIT/ 3P.M. + 11P.M. WING-OFFICER) AND INTERNAL AFFAIRS to NO AVAIL ☹!!!! NONETHELESS, GRIEVANT WOULD BE MADE TO APPEAR AT AN ADJUSTMENT COMMITTEE HEARING SOMETIME THEREAFTER by C/O-SANDERS ("BLACK MALE/SEMI-50'S to EARLY 60'S in AGE APPEARANCE WEARING EYEGLASSES ALLEGING THREE(3) YEARS ONTO HIS RETIREMENT". AN UNKNOWN WHITE HEAVY-SET W/POP-BELLY BALDING SEMI-50'S to MID 60'S in AGE APPEARANCE WEARING EYEGLASSES MALE LIEUTENANT AND C/O- SANDERS PRESIDED OVER AND/OR GRIEVANT'S ADJUSTMENT COMMITTEE HEARING AND FOUND GRIEVANT GUILTY OF D.R. 504 OFFENSES #203 & #403 & #406!!!! ☹ GRIEVANT PROVIDED THAT HE WANTED TO SEE THE SOLID EVIDENCE WHICH EITHER BEYOND ANY REASONABLE DOUBT AND/OR PREPONDERATED AGAINST HIM FOUND OR SUPPORTED HIS GUILT OF INFRACTING #203 & #403 & #406!!!... In ADDITION, GRIEVANT DID NOT ENTER A PLEA AT THE ADJUSTMENT COMMITTEE HEARING!!!!! IN ANY EVENT, THE COMMITTEE

RECOMMENDED SEVEN (7) MONTHS OF CONTINUED SEGREGATED CONFINEMENT AND SIX (6) MONTHS REVOCATION OF GOOD CONDUCT CREDIT WHICH WAS CONCURRED BY WARDEN "ACEDEVO!!!!! ☹ THEN, ON SEPTEMBER 4TH OF 2009, C/O-S. MILLER #9837 WROTE THIS GRIEVANT A FRIVOLOUS & MALICIOUS DISCIPLINARY REPORT ALLEGING THAT GRIEVANT REFUSED TO CELL WITH INMATE SYLVESTER HALE #N41585 WHO IS A KNOWN GANGMEMBER OF THE "B.D.'S" C/O-MILLER'S #9837 DISCIPLINARY REPORT SPECIFICALLY DEMONSTRATE(S) THAT: "DUPREE #B73562 WAS ADVISED TO PACKUP AND MOVE..... DUPREE REFUSED CLAIMING THAT ALL STG ARE ENEMIES". GRIEVANT WAS AGAIN MADE TO APPEAR AT A SECONDARY CONVENING ADJUST- MENT COMMITTEE HEARING BY THE SAME C/O-SANDERS!!!!! ☹ GRIEVANT DID NOT ENTER A PLEA!!!! YET, INLIGHT OF NO PLEA NOR A STATEMENT, C/O-SANDERS AND THAT SAME LIEUTENANT MENTIONED AS DESCRIBED ABOVE FOUND GRIEVANT GUILTY OF D.R. 504 OFFENSE #403, AND RECOMMENDED AN ADDITIONAL TWO (2) MONTHS OF CONTINUED SEGREGATED CONFINEMENT AS CONCURRED BY WARDEN ACEDEVO!!!!

ARGUMENT GRANTING ISSUE #1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

AG4    4  OF  6

| Date: September 10, 2009 | Offender: (Please Print) JOSEF DUPREE | ID#: B73562 |
|---|---|---|

| Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [x] Transfer Denial by Facility
- [x] Disciplinary Report  Date of Report  Sere , Pages 1 Thru 3 of These Grieved I

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [x] Restoration of Good Time
- [x] Medical Treatment

- [x] Disability
- [x] HIPAA
- [x] Other (specify) 8th Amend., Failure To Protect!!!

Facility where issued

**Note.** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Per D.R. 504. Table A. defines Offense #403 (Disobeying A Direct Order) as:"Willfully Refusing to Comply with an Order, including the Refusal to...Accept a...Housing Assignment..." Nothing in Lt Goodw #3005 Investigative Report dated -8/23/2009 demonstrate nor indicate that he Directly Gave this Grievan an Order to Go And Lock-Up Into R2/C62. Cei D.R. 504 Offense #406 (Trading or Trafficking) is def as:"Trading or Trafficking with any Person." Agai nothing in Lt. Goodwin's #3005 Investigative/Report dated -8

Relief Requested: demonstrate nor indicate that Grievant was in the Act of Trading or Trafficking his Girl. N None of the Documents designated until C/O-Bryant #

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Josef Dupree   Offender's Signature   B73562   9, 10, 2009
ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name ___   Counselor's Signature ___   Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   ___/___/___
Date

RECEIVED
SEP 1 7 2009
OFFICE OF INMATE ISSUES

RECEIVED
NOV 1 0 2009
OFFICE OF INMATE ISSUES

Distribution: Master File; Offender   Page 1   Printed on Recycled Paper   DOC 0046 (Rev. 3/200

00026

R LT. STEELE & C/O-MASON PURPORT THAT GRIEVANT IMPLICATED
E WAS IN THE ACT OF TRADING AND/OR TRAFFICKING HIS
KIN MAG!!!!! THE SAME CAN BE SAID OF THE ENCOUNTER
ND INTIMATE - INTERVIEW WITH C/O-BRANNON!!!!! D.R. 504
FFENSE #203 (DRUGS & DRUG PARAPHERNALIA) IS DEFINED AS:
POSSESSING........ OR RECEIVING... ANY INTOXICANT..... [WHICH INCLUDES
EDICATION MISUSE, FOR EXAMPLE, THE POSSESSION OR USE OF UN-
UTHORIZED AMOUNTS OF PRESCRIBED MEDICATION, OR SELLING OR
UPPLYING PRESCRIBED MEDICATION TO OTHERS." HERE, GRIEVANT
D (NOT PERSONALLY NOR DIRECTLY PACK HIS PROPERTY ITEMS
N 8/23/2009 ONCE HE WAS DONE TALKING W/LT. GOODWIN #3005!!
THER 3P.M. TO 11P.M. R2-UNIT CORRECTIONAL OFC AND/OR C-WING
NMATE HELPERS ("PORTERS") ARE THE INDIVIDUALS WHOM PACKED
HIS GRIEVANT'S PROPERTY!!!!! THEREFORE, I/M-JAMES CREDIT
#KO2654 WOULD HAVE AND SHOULD HAVE TESTIFIED TO SAID
DRUG & PARAPHERNALIA (CONTRABAND) AS BEING OWNED BY HIM!!!!!
HAT, AFTER CONSUMING HIS DAILY PRESCRIBED DOSAGE OF
SUCH MEDICATIONS, THE NIGHT NURSE MAY HAVE INADVERTENTLY
IVEN HIM 4-TABLETS OF THORAZINE & (2) TABLETS OF PAXIL
O TREAT HIS AGONIZING BONE-JOINT TISSUE DEGENERATIONAL
ONDITION!!!!! THAT HE DID NOT NOTICE THE TYPE OF MEDICATION
OR UNDERSTOOD WHAT THEY WERE BECAUSE HIS (SAID) MEDS

HAD KICKED-IN ON HIM!!!! OTHERWISE, HE WOULD'VE
ROMPTLY INFORMED SAID NURSE!!!! ABSENT I/M-CREDIT #KO2654
TATEMENTS WHICH MIGHT NOT BE IN THE RECORD OF PROCEEDINGS,
HERE ARE TWO(2) APPARENT SHAKEDOWN SLIPS WHICH RELATE
O THE SAME MATTER AND/OR CONTROVERSARIAL INCIDENT
D-BRYANT'S #5608 SHAKEDOWN SLIP IS EVIDENCED BY LIEUTENANT
OODWIN #3005 AND SGT. BENNETT AS NO OTHER CONTRABAND
OUND DURING THE SHAKEDOWN OF ONLY GRIEVANT'S PERSONAL
ROPERTY ITEMS, INCLUSIVE OF GRIEVANT'S ELECTRONICS!!!!!! C/O-WADE'S
#7629 ("OR #7029") SHAKEDOWN SLIP IS EVIDENCED BY C/O-BATES
HAT SAID DRUG & PARAPHERNALIA WERE ALLEGEDLY DISCOVERED INSIDE
ME PLASTIC WRAPPED-UP WITHIN I/M-CREDIT'S #KO2654 COMMISSARY
RDER FORM!!!!! MEANING THAT SOMEONE OTHER THAN THIS
RIEVANT, CAUSED SAID DRUGS & PARAPHERNALIA TO BE PROBABLY
INADVERTENTLY PUT INTO GRIEVANT'S PROPERTY!!!!! IN VIOLATION OF
III. ADMIN. CODE § 504.80(H)(H)(I)(1)(2), CHPTR. 1, SUBCHPTR. (E) THIS
RIEVANT ESTABLISHED REASONABLE DOUBT & PREPONDERATING EVIDENCE
ON-CUMULATIVE & RELEVANT IN NATURE THAT HE DID NOT
N-FRACT D.R. 504 OFFENSES #203, #403, AND #406 RESPECTIVELY!!!!!
SSUE #1 SHOULD BE GRANTED AND NOT TIME BARRED!!!!

Printed on Recycled Paper

DOC0046 (Rev. 3/2005)

00027

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

(PAGE 5 OF 6)

Date: September 10, 2009  Offender: (Please Print) JOSEF DUPREE  ID#: B73562

Present Facility: Hill Correctional Center  Facility where grievance issue occurred: Hill Correctional Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [x] Transfer Denial by Facility
- [x] Disciplinary Report: See Pages 1 Thru 3 of these Grieved I
- [ ] Mail Handling
- [ ] Dietary
- [x] Transfer Denial by Transfer Coordinator
- [x] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify) 8th Amend., Failure To Protect!!!!!

Date of Report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ISSUE #2: Because Grievant will Most likely Not Be •FACTS• at the Hill Correctional Center for its Chief Admini Officer Final Determination / Adjudication, he incorporates &c Ill. Admin. Code §§504.850 and 504.870 to sufficiently de mine if Chaplain • Manuel Rotas (Chaplain I), did no infringe Grievant's 1st Constitutional Amendment (Right Of Choice) To Practice the Faith of Islam w the Nation of Islam☺!!!!!! Here, Grievant filled-out and submitted •d• document entitled Memorandum the subjec Of •d• Religious Request. (See Attached Exhibit #(A-la.).Th

Relief Requested: document demonstrates Grievant's request to Chap Rotas for Grievant to be placed with the Nation of I Signed July) 31st of 2009!!!! (id.) However, on August 1st of 20

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Josef Dupree
Offender's Signature   ID# B73562   Date 9, 10, 2009

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ___

Print Counselor's Name ___  Counselor's Signature ___  Date of Response ___

---

**EMERGENCY REVIEW**

Date Received: ___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___  Date ___

RECEIVED
SEP 1 7 2009
OFFICE OF
INMATE ISSUES

RECEIVED
NOV 1 2009
OFFICE OF
INMATE ISSUES

Distribution: Master File; Offender   Page 1   DOC 0046 (Rev. 3/20)
Printed on Recycled Paper

: 00028

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

ARGUMENT GRANTING ISSUE #2

CAPLAIN ROTAS SENT GRIEVANT A DIFFERENT MEMORANDUM LATANTLY() REFUSING TO PLACE GRIEVANT WITH THE NATION OF ISLAM DUE TO THE IMPENDING PILLAR OF ISLAM ("THE (FAITH") KNOWN AS "RAMADAN"!!!!! (SEE ATTACHED EXHIBIT H -7.)) THIS RATIONALE SERVES NO PENOLOGICAL INTEREST AT ALL!!!!! ☺ FURTHERMORE, IT CONTRAVENED THE LOGIC EMPLOYED §HAKUR-V-SELSKY, 391 F. 3d 106, 120 (2ⁿᵈ CIR. 2004) (REFUSAL ALLOW PRISONER TO ATTEND MUSLIM RELIGIOUS FEAST STATED A CLAIM UNDER RLUIPA); ALSO SEE 42 U.S.C. $ 2000 ET SEQ. RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT (OF 2000); COMPARING SUTTON-V-RASHEED, 323 F. 3d 236 (3ᴿᴰ CIR. 2003) (DENIAL (NATION OF ISLAM TEXTS); TURNER-V-SAFLEY, 482 U.S. 78, 89 1987); QUOTING REED-V-FAULKNER, 842 F. 2d 960, 963-64 (7ᵀᴴ CIR. 1988) (PRISON OFFICIALS MAY NOT "PILE CONJECTURE UPON CONJECTURE" TO JUSTIFY THEIR POLICIES). ALL OF THE FOREGOING ACTIONS DO NOT COMPLY W/ HILL CORRECTIONAL CENTER'S APPLICABLE DIRECTIVES AND 20 ILL. ADMIN. CODE $ 120.40(1), CHPTER. 1, SUBCHPTR (d). ISSUE #2 SHOULD BE GRANTED & NOT TIME BARRED!!!!!

ISSUE #3

EASE ... SUPPORTING Exhibits As Attached AT (A-14) THRU - FACTS - (A-18)
PER 730 ILCS 5/3-2-2 (WEST 2009) ET SEQ., THIS GRIEVANT HAS A STATUTORY ENTITLEMENT TO ANY MEASURABLE INSOFAR PRACTICABLE FORM OF REHABILITATIVE SERVICES, OFFERED BY THE ILLINOIS DEPARTMENT OF CORRECTIONS!!!!! ☺ HERE, SIGNIFICANTLY SOMETIME BEFORE 8/23/2009, THIS GRIEVANT HAD BEEN SEEKING A TRANSFER THROUGH BOTH COUNSELORS EVELYN JOHNSTON & STEVE R. GANS TO NO AVAIL!!!!! HILL-C.C., CLINICAL SERVICES OFFER SPECIAL SELECTION TRANSFERS FOR QUALIFIED INMATES TO LEVEL-6 FACILITIES!!!!! ☺ AT THE TIME OF REQUEST, GRIEVANT WAS IN B-GRADE STATUS AND S LATEST DISCIPLINARY REPORT WAS FOR A MINOR RULE INFRACTION FOR TALKING BACK ON SEPTEMBER 19ᵀᴴ OF 2008!!!!! SEE MASTER-RECORD FILE, TICKET OF PROGRAM UNIT SUMMARY #20080323 7/1 AND). GRIEVANT HAD NOT BEEN IN SEGREGATION SINCE 2/18/2009!!!!! N ANY EVENT, COUNSELOR JOHNSTON SENT GRIEVANT A SUMMARY 4/24/2009 INFORMING THAT HE "MUST BE IN A OR B GRADE" TO TRANSFER BY 12/17/2009. HOWEVER, COUNSELOR GANS ENT GRIEVANT SUMMARIES ON 8/24, 26/2009 WHICH DEMONSTRATE T GRIEVANT'S B-GRADE STATUS RENDER GRIEVANT "INELIGIBLE" B TRANSFER AT THIS TIME", AND GRIEVANT'S CONVICTION FOR MED KIDNAPPING MAKES HIM "A POOR CANDIDATE FOR LEVEL IX TRANSFER!" 20 ILL. ADMIN. CODE $ 504.130(1)2, CHPTER. 1, SUBCHPTR. (e) TABLISH THAT: "OFFENDERS IN "B" GRADE SHALL BE ELIGIBLE TO

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

PAGE 6 OF 6

| Date: September 10, 2009 | Offender: (Please Print) JOSEF DUPREE | ID#: B73562 |
|---|---|---|

Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [x] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): 8th Amend., FAILURE To PROTECT!!!

- [x] Disciplinary Report: See, PAGES 1 THRU 3 OF THESE GRIEVED
  _Date of Report_ ___ _Facility where issued_

Note. Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Issue #3 cont.: RECEIVE all institutional privileges except for a day release program or a furlough other than medical (or funeral furlough." Taylorville and Dixon and Southwestern Correctional Facilities don't offer day release programs for grievant's sought-out TRANSFERS too!!!! (c) Further grievant NEVER ASKED Counselors Johnston & Gans for ANY TYPE OF A FURLOUGH!!!! (d) Therefore, such sadist conduct displayed by Counselors Johnston & Gans contributed to the Malice & Unjust Conditions conveyed within Issue #1 & has contravened 20 Ill. Admin. Code § 504.130(b)(c), Chpt. I, §

**Relief Requested:** (e)!!!! Under Section 504 of the Rehabilitation Act of grievant - has a STATUTORY RIGHT To Prepare For REENTRY Back into Society By The Devices OFFERED at Taylorville, Dixon & Sou

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

s/ Josef Dupree _Offender's Signature_ | B73562 _ID#_ | 9, 10, 2009 _Date_

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|

Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name ___ | Counselor's Signature ___ | Date of Response ___

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ___/___/___ | Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___ | Date ___

RECEIVED SEP 1 7 2009 OFFICE OF INMATE ISSUES

RECEIVED NOV 0 2 2009 OFFICE OF INMATE ISSUES

Distribution: Master File; Offender | Page 1 | DOC 0046 (Rev. 3/20)
Printed on Recycled Paper

00030



Correctional Facilities, which are Classified as Level 3 thru Level 6 Institutions, (8) U.S.C. § 794(d); also See: 730 ILCS 5/3-2-2 et. seq. (West 2009); Compare Onishea-V-Hopper, 171 F.3d 1289 (11th Cir. 1999)(enbanc) (§504). Issue #3 should be granted and not time barred pursuant to 20 Ill. Admin. Code §§ 504.850 and 504.870, Chptr. 1, Subchptr. (e). In addition to Issue #3 herein, Grievant's efforts to properly restore his Grade Status from "C" to "A" and the Restoration of his Good Conduct Credits were to No Avail !!!!!! (See Attached Exhibits at (A-8) thru (A-10.) Grievant could not have displayed Poor Behavior nor undermined a prior Rule Infractions because Grievant's Last Major Disciplinary Report was in Early August of 2008 ☺ !!!!! Per 20 Ill. Admin. Code § 504.150, Chptr. 1, Subchptr. (e) and 20 Ill. Admin. Code § 107. And, all of Grievant's G.C.C. be (14 Months (11 Revoked + 3 mo. of MGT) should be Restored and Granted Respectfully. (No Time Barred Please).

**Issue # 4**

**—Facts—**

Per attached Exhibits at (A-11) thru (A-13), Grievant is complaining that he was Erroneously & Maliciously declared by the Illinois Dept. of Corrections as a Sex Offender Registrar. This vital matter had been Fully Exhausted through-out the Administration of the Hill Correctional Center Staff and should be Granted as Timely !!!!! ☺

**Issue # 5**

**—Facts—**

Issue #5 Combines Grievant's Psychologist ("Dr. Tiller") and Psychiatrist ("Dr. Bittar") and Transfer Denial(s) by the Transfer Coordinator. To Wit: Under the 4/16/2009 erroneous rationale by Sandra Funk to deny Grievant's Transfer to Stateville-MSU, Grievant's Psychologist & Psychiatrist have conspired to refuse him an examination for Transfer to Dixon, Logan, Taylorville & Stateville-MSU facilities respectively !!!!! ☺ These factors are for Good Cause and should be Granted because Grievant won't be at Hill Correctional Center per 20 Ill. Admin. Code §§ 504.850 and 504.870, Chptr. 1, Subchptr. (e). See Gates-v-Cook, 376 F.3d 323, 332 (5th Cir. 2004) ("mental health needs are no less serious than physical needs"); Wellman-v-Faulkner, 715 F.2d 269, 272 (4th Cir. 1983) ("the Ct treatment of the mental disorders of mentally disturbed inmates is a serious medical need") Said doctors advised Grievant to smear Feces & Urine all over himself and mutilate himself if he wishes an examination for a Transfer. The End.

00031

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Briggs v. Rojas, et al.* |
| | ) | |
| COUNTY OF MENARD | ) | Case No. 10-3081 |

## AFFIDAVIT

I, JEANETTE COWAN, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.     I am currently employed as a Grievance Officer at Menard Correctional Center ("Menard") for the Illinois Department of Corrections ("the Department"). As a Grievance Officer, my duties involve, among other things, responding to grievances filed by Menard inmates and maintaining a record of each grievance filed.

2.     At the request of the Attorney General's Office, I searched the grievance records for grievances filed by Inmate Josef Dupree, B73562, regarding a change in religion in July 2009.

3.     Inmate Dupree's grievance office records contain three grievances filed after July 31, 2009. In the one grievance filed in 2009, Inmate Dupree complains of his segregation time and commissary. In the two grievances filed in 2010, Inmate Dupree complains of a disciplinary ticket and property issues. There are no grievances in Inmate Dupree's records regarding a change in religion.

4.     I have read the foregoing and affirm that the facts contained herein are true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NOT.**

s/ Jeanette Cowan

JEANETTE COWAN

SUBSCRIBED and SWORN TO
before me this __7TH__ day
of December, 2010.

s/ Cynthia L. Gimber

NOTARY PUBLIC

Official Seal
Cynthia L Gimber
Notary Public State of Illinois
My Commission Expires 08/10/2011

EXHIBIT

B