E-FILED
Wednesday, 19 January, 2011 03:38:56 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| ISAAC BRIGGS, a/k/a Josef Dupree, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 10-3081 |
| ) | |
| MANUEL ROJAS, GERARDO ACEVEDO, ) | |
| and MICHAEL P. RANDLE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ROJAS' FIRST INTERROGATORIES TO PLAINTIFF
REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES**

NOW COMES the Defendant, MANUEL ROJAS, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 33, directs the Plaintiff, Isaac Briggs, to answer the following interrogatories separately and fully in writing, under oath and within thirty (30) days after service. These interrogatories shall be served upon counsel for the defendant at 500 South Second Street, Springfield, Illinois, 62706.

1. With regard to your claim of an improper denial of a religion change, please identify all steps you took to grieve Defendant Rojas's actions or inactions that form the basis of your claim, including but not limited to the following:

    (a) the date(s) of submission of such grievance(s) at each level of the grievance process;

    (b) the manner in which you submitted the grievance(s) at each level;

    (c) the name of any person to whom you gave the grievance(s) at each level of the process;


EXHIBIT C

(d) the date(s) of response(s) at any level; and

(e) the date(s) of final determination by the Administrative Review Board.

**Answer:** Because I am unable to locate the necessary Grievances and Illinois Prisoner Admin-- Board Responses(s) relevant to these proceedings and the Court has failed to supply Briggs w/ a copy of filed documents on 4/26/2010 or sometime before then, I am respectfully standing by my originally filed Complaint as parts I & II and my Response filed on September 24th of 2010. Thank you very much.

Respectfully submitted,

MANUEL ROJAS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

BY: /s/ Melissa Jennings
MELISSA A. JENNINGS
Assistant Attorney General

Melissa A. Jennings, #6300629
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056

Of Counsel

2

U.S.D.C.-C.D. ILL.,
No. 10-03081.

# Proof/Certificate of Service

Please take notice that on November 14, 2010, I caused to be delivered onto the attention of the Attorney named below, the attached Defendants-Rojas [1st. Interrogatories] and Defendants Request-1 to Produce and Plaintiff's First Interrogatories and Request to Produce, by placing the same, in to a prepaid envelope, addressed as shown below, and put in to the hands of a Correctional Officer, within the Segregation-Unit, at the Menard Correctional Center, for placement in to the U.S. Mail Box, P.O. Box 711, Menard, Illinois 62259:

#B30629
Melissa A. Jennings
Asst. Attorney General
500 So. Second Street
Springfield, Ill. 62706
(217)782-9056

OF Counsel*
AAC Briggs
(k/a Josef Dupree)
Reg. No. B73562
P.O. Box 711
Menard, Ill. 62259

11/14/1
By: /s/ Isaac Briggs
Plaintiff / Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ISAAC BRIGGS, a/k/a Josef Dupree, )
)
Plaintiff, )
)
-vs- ) No. 10-3081
)
MANUEL ROJAS, GERARDO ACEVEDO, )
and MICHAEL P. RANDLE, )
)
Defendants. )

### DEFENDANTS' FIRST REQUEST TO PRODUCE REGARDING PLAINTIFF'S EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOW COME the Defendants, MANUEL ROJAS, GERARDO ACEVEDO, and MICHAEL RANDLE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby request that Plaintiff produce for inspection, copying, reproduction and photographing at the Office of the Illinois Attorney General, 500 South Second Street, Springfield, Illinois 62706, within thirty (30) days following the date of service hereof, the following documents, objects, or tangible things:

1. All documents in Plaintiff's possession, custody, or control related to Plaintiff's exhaustion of his administrative remedies for the claims in this case.

**EXHIBIT D**

**RESPONSE:** On September 24th, 2010, Isaac Briggs filed in the instant matter or the case at Bar his "Response" to Defendants - Rojas; Acevedo; Randle ...... Affirmative defense of an administrative remedy exhaustion failure by Briggs. That Briggs Response, 9/24/2010 declared (under penalty of perjury that he wrote Requests onto Hill Correctional Counselors; and, the above-named defendants before exhausting 1 Grievance with ....

the Same Counselors + the Prison System Admin-Board.

2. All documents referenced in Plaintiff's Response to Defendant Rojas' First Set of Interrogatories to Plaintiff Regarding Exhaustion of Administrative Remedies.

RESPONSE: On April 26th, 2010, the Court entered an Order in which it stated: "The court cannot tell what part II of the complaint is about. It appears to be a mixture of adverse events that happened to the plaintiff at Hill Correctional Center." (DOC. 8)(USDC-CDIL) Please obtain a copy of the attached grievances entered and judicially examined in Docket-Entry Number 8 on April 26, 2010. Thank You.

Respectfully submitted,

GERARDO ACEVEDO, MICHAEL P. RANDLE, and MANUEL ROJAS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

BY: s/ Melissa Jennings
MELISSA A. JENNINGS
Assistant Attorney General

Melissa A. Jennings, #6300629
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056

Of Counsel

U.S.D.C.-W.ILL.,
No. 10-03081.

# Proof/Certificate of Service

Please take notice that on November 14, 2010, I caused to be delivered onto the attention of the Attorney named below, the attached Defendant's-Rojas [1st. Interrogatories] and Defendant's Request-1 to Produce and Plaintiff's First Interrogatories and Request to Produce, by placing the same, in to a prepaid envelope, addressed as shown below, and put in to the hands of a Correctional Officer, within the Segregation-Unit, at the Menard Correctional Center, for placement in to the U.S. Mail Box, P.O. Box 711, Menard, Illinois 62259:

#B30629
Melissa A. Jennings
Asst. Attorney General
500 So. Second Street
Springfield, Ill. 62706
(217)782-9056

IF Counsel*
AAC Briggs
(k/a Jobef Dypree)
Reg. No. B73562
P.O. Box 711
Menard, Ill. 62259

11/14/10
s/ Isaac Briggs
By: /s/
Plaintiff/Pro Se

U.D.D.C.-C.D. ILL.,
NO. 10-03081.

## Proof / Certificate of Service

Please Take Notice that on November 14, 2010, I caused to be delivered onto the attention of the Attorney named below, the attached Defendants-Rojas [1st. Interrogatories] and Defendants Request-1 to Produce and Plaintiff's First Interrogatories and Request to Produce, by placing the same, in to a prepaid envelope, addressed as shown below, and put in to the hands of a Correctional Officer, within the Segregation-Unit, at the Menard Correctional Center, for placement in to the U.S. Mail Box, P.O. Box 711, Menard, Illinois 62259:

#6300629
Melissa A. Jennings
Asst. Attorney General
500 So. Second Street
Springfield, Ill. 62706
(217) 782-9056

Of Counsel*
Isaac Briggs
(a/k/a Josef Dupree)
Reg. No. B73562
P.O. Box 711
Menard, Ill. 62259

s/ Isaac Briggs  11/14/a
By: _____
PLAINTIFF / PRO SE