E-FILED
Tuesday, 07 February, 2012 10:09:34 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ISAAC BRIGGS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-CV-3081 |
| | ) | |
| MANUEL ROJAS, | ) | |
| Defendants. | ) | |

# OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff pursues claims arising from alleged restrictions on his right to practice his religion during his incarceration in the Illinois Department of Corrections. On September 6, 2011, Defendants filed a motion for summary judgment. Plaintiff has not responded, even though granted an extension to do so. Additionally, the IDOC website lists Plaintiff as an absconder.

Defendants' motion demonstrates that their actions were supported by a legitimate concern to conserve limited resources. Accordingly, summary judgment is mandated for Defendants.

IT IS THEREFORE ORDERED:

1) Defendants' motion for summary judgment is granted (d/e 48). The clerk of the court is directed to enter judgment in favor of Defendants and against Plaintiff. All pending motions are denied as moot, and this case is terminated. All deadlines and settings on the Court's calendar are vacated.

2) Defendants may file a bill of costs within the time set by local rule.

3) If Plaintiff wishes to appeal this judgment, he must file a notice of appeal with this Court within 30 days of the entry of judgment. Fed. R. App. P. 4(a)(4). A motion for leave to appeal in forma pauperis should identify the issues Plaintiff will present on appeal. See Fed. R. App. P. 24(a)(1)(c).

ENTERED: 2/7/2012

FOR THE COURT:

                               s/Sue E. Myerscough
                               SUE E. MYERSCOUGH
                               UNITED STATES DISTRICT JUDGE